# UNITED STATES DISTRICT COURT

Eastern District of Virginia, Alexandria Division

RECEIVED
DEC - 6 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

J&J Sports Productions, Inc.,
a California Corporation,

## SUMMONS IN A CIVIL ACTION

V.

Ricos Tacos Moya Restaurant, Inc., a Virginia entity
d/b/a Ricos Tacos Moya Restaurant, et. al.

CASE NUMBER: 1:10cv1368

TO: (Name and address of Defendant)

Ricos Tacos Moya Restaurant, Inc. d/b/a Ricos Tacos Moya Restaurant
Serve: Salvador Moya and/or Armando Moya
13948 Jefferson Davis Highway
Woodbridge, Virginia 22191

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

M. Scott Bucci (VSB #42636)
Bucci & Dix, LLC
The Fairfax Building at Johnston Willis
10710 Midlothian Turnpike, Suite 304
Richmond, VA 23235
T: (804) 389-3950
F: (804) 379-0173

an answer to the complaint which is served on you with this summons, within ___21___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk

| CLERK | DATE |
|---|---|
| (By) DEPUTY CLERK | |