IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

J & J SPORTS PRODUCTIONS, INC., a
California Corporation,

                Plaintiff,

v.                            Civil Action No.: 1:10cv1368

RICOS TACOS MOYA RESTAURANT, INC., a
Virginia Corporation, d/b/a RICOS TACOS
MOYA RESTAURANT,

AND

JOHN DOE,
                Defendants.

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record: Please enter my appearance as lead counsel of record for Plaintiff. I certify that I am admitted to practice in this Court.

                                    **/s/**
                        Erin E. Maruskin, Esq. (VSB # 77291)
                        M. Scott Bucci, Esq. (VSB # 42636)
                        BUCCI & DIX, LLC
                        The Fairfax Building at Johnston Willis
                        10710 Midlothian Turnpike, Suite 304
                        Richmond, VA 23235
                        Tel.: (804) 897-3951
                        Fax: (804) 379-1073
                        emaruskin@buccidix.com
                        sbucci@buccidix.com
                        *Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2010, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system, and mailed a copy of the foregoing Notice to the following:

Salvador Moya
Registered Agent for Ricos Tacos Moya Restaurant, Inc.
13948 Jefferson Davis Highway
Woodbridge, Virginia 22191

                                                                 /s/
Erin E. Maruskin, Esq. (VSB # 77291)
M. Scott Bucci, Esq. (VSB # 42636)
BUCCI & DIX, LLC
The Fairfax Building at Johnston Willis
10710 Midlothian Turnpike, Suite 304
Richmond, VA 23235
Tel.: (804) 897-3951
Fax: (804) 379-1073
emaruskin@buccidix.com
sbucci@buccidix.com
*Counsel for Plaintiff*