IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>RICOS TACOS MOYA RESTAURANT, INC., )<br>a Virginia Corporation d/b/a Ricos Tacos Moya )<br>Restaurant, )<br>    Defendant. ) | Civil Action No. 1:10cv1368 |

## JUDGMENT ORDER

Upon consideration of the November 21, 2011 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that, with the exception of two apparent typographical errors in the recommended amount for enhanced damages,[1] the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the November 21, 2011 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against defendant in the total amount of $23,474.39.

The Clerk is **DIRECTED** to enter judgment, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

---

[1] Specifically, on Page 11 of the Report, the Magistrate Judge twice mentions an award of $20,000 in enhanced damages, when it is clear from the final calculations and recommendation on Page 12 that an enhanced damages award of only $15,000 was recommended in this case.

The Clerk is further **DIRECTED** to send a copy of this Judgment Order to defendant, the Magistrate Judge and all counsel of record.

Alexandria, VA
December 7, 2011

/s/
T. S. Ellis, III
United States District Judge